JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>          Plaintiff,<br><br>    v.<br><br>BELLFLOWER PARK, LP, et al.,<br><br>          Defendants. | Case No. 2:20-cv-05818-AFM<br><br>**JUDGMENT** |

IT IS ORDERED AND ADJUDGED that (1) Defendant Cresco Food Inc.'s motion for summary judgment on Plaintiff's ADA claim is GRANTED; (2) the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims against Defendant; and (3) the case against Defendant is dismissed.

IT IS FURTHER ORDERED AND ADJUDGED that the action is dismissed with prejudice as to the Plaintiff's ADA claim and without prejudice as to Plaintiff's state law claims.

DATED: 6/28/2021

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE